**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
☑ __3rd__ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ ____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: __Edward Taulbee Johnson__    JOINT DEBTOR: _____    CASE NO.: __16-22821-PGH__
Last Four Digits of SS# __xxx-xx-2693__    Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **60** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

- A.  $ __1,250.17__ for months __1__ to __7__ ;
- B.  $ __110.00__ for months __8__ to __60__ ;
- C.  $ _____ for months _____ to _____ ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ __11,000.00__   TOTAL PAID $ __11,000.00__
Balance Due $ __-NONE-__ payable $ _____ /month (Months _____ to _____ )

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

| **-NONE-** | Arrearage on Petition Date $ _____ |
| Address: _____ | Arrears Payment $ _____ /month (Months _ to _) |
| Account No: _____ | Regular Payment $ _____ /month (Months _ to _) |

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| -NONE- | $ | % | $ | To | |

Priority Creditors: [as defined in 11 U.S.C. §507]

__-NONE-__    Total Due $ _____
              Payable $ _____ /month (Months _ to _)    Regular Payment $ _____

Unsecured Creditors: Pay $ **1,136.52** /month (Months **1** to **7** );
Pay $ **100.00** /month (Months **8** to **60** )
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

**Special Intentions:**
**PNC Bank(Act #2922), PO Box 747066, Pittsburgh, PA 15274: Debtor is current and will pay claim outside of plan.**

**The Debtor is current in his domestic support obligations to his ex-spouse, Kristin L. Johnson. The parties voluntarily reduced the court ordered support payments from $1,000 to $700 by agreement amongst the parties. There are no arrears due and the Debtor will continue to pay his monthly obligation outside the chapter 13 plan.**

**Lanning: The Debtor's cleaning business lost its only cleaning contract and therefore, the debtor's business income is $0.00. The new gross income on line 11 is $8,750.00. The total of all deductions on line 58 is now $8,851.48. The new monthly disposable income on line 59 is now ($101.48).**

**Debtor shall provide copies of yearly income tax returns to the Trustee no later than May 15th during the pendency of the Chapter 13 case. In the event the Debtor's income or tax refunds increase, Debtor shall increase payments to unsecured creditors over and above payments provided through the Plan up to 100% of allowed unsecured claims.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

**Edward Taulbee Johnson**
Debtor

Date: May 9, 2017